IN THE UNITED STATES DISTRICT ~~COURT~~ LODGED
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUN 1 1 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Quinten Jackson
1611 Baker St.
Baltimore, Md. 21217

(Full name and address of the plaintiff)
Plaintiff(s)

vs.

Equifax Information Services LLC
P.O. Box 740256
Atlanta, GA. 30374-0256

(Full name and address of the defendant(s))
Defendant(s)

Civil No.: _____
(Leave blank. To be filled in by Court.)

RDB 13 CV 1756

\*\*\*\*\*\*

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☑ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☑ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

   _____

   _____

2. The facts of this case are:

June 4, 2013 this writer recive a letter from defendants. defendants has reported a debt on writer credit report. May 6, 2013 writer mailed an legal document addressing the fair debt Collection practices Act. defendants has failed to provide competent evidence, that I have a legal obligation to them. further writer mailed a document dated for June 4, 2013. defendants has failed to Validate an original consumer contract with a wet ink signature. defendants are depriving this writer Credit card benfits. May 1, 2013 writer was deprive credit card with Well's Fargo Bank. June 9, 2013 writer mailed defendants a second copy of a legal document, in an attempt for the Validate the debt in account # 361809. defendant are in Non Compliance with the original instrument that prove writer agree to pay what Moneys defendants want to Collect.

3. The relief I want the court to order is:

☑ Damages in the amount of $777,000

☐ An injunction ordering: _____

☐ Other (explain) _____

June 8, 2013
(Date)
xero copy

_Quinten Jackson_
(Signature)

1611 Baker st.
Baltimore, Md. 21217

(Printed name, address and phone number of Plaintiff) QUINTEN JACKSON
1611 BaKER, St.
BahtiMORE, Md. 21217

**Privacy Rules and Judicial Conference Privacy Policy** 443-314-6046

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.