IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 JUL 29 P 12: 30

CLERK'S OFFICE
AT BALTIMORE

BY ___

| | | |
|---|---|---|
| QUINTEN JACKSON, | * | |
| Plaintiff | * | |
| v | * | Civil Action No: RDB-13-1756 |
| EQUIFAX INFORMATION SERVICES, LLC | * | |
| Defendant | * | |

\*\*\*

## ORDER

On June 25, 2013, this Court issued an Order requiring Plaintiff to complete and return a United States Marshal form so the complaint could be served. ECF No. 3. Plaintiff was granted 21 days to complete and return the form. *Id.* Plaintiff has failed to comply with the Order.

Accordingly, it is this 29th day of July, 2013, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;

2. The Clerk SHALL CLOSE this case; and

3. The Clerk SHALL PROVIDE a copy of this Order to Plaintiff.

/s/
RICHARD D. BENNETT
UNITED STATES DISTRICT JUDGE